IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 97-41562
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUADALUPE GOMEZ-GARCIA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.  B-97-CR-257-ALL
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Guadalupe Gomez-Garcia, has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

———————————

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.